UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTH AMERICAN LACROSSE LEAGUE, LLC, | Civil Action No. 12-167 |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| JIM JENNINGS, et al., | |
| Defendants. | |

This matter is before the Court upon a motion by Defendants Jax Box Lax LLC ("Jax Box"), Brett Vickers ("Vickers") and Jim Jennings ("Jennings") (collectively referred to as "Defendants") for sanctions and to enforce settlement, as well as by way of cross-motion by Plaintiff for injunctive relief and sanctions; it appearing that this matter was referred to the Honorable Lois H. Goodman, U.S.M.J., pursuant to 28 U.S.C. § 636(b)(1), for a Report and Recommendation; and Magistrate Judge Goodman having considered the moving and opposition papers pursuant to Fed.R.Civ. P. 78, issued a Report and Recommendation; and it further appearing that no objection to Magistrate Judge Goodman's Report and Recommendation was filed; accordingly, for the reasons stated in the October 12, 2012 Report and Recommendation; and for good cause shown:

It is on this 5th day of November, 2012,

ORDERED that the Court approves and adopts the October 12, 2012 Report and Recommendation of the Honorable Lois H. Goodman, U.S.M.J.; and it is further

ORDERED that that Defendants' motion for sanctions and to enforce settlement agreement (Docket Entry No. 20) is GRANTED with respect to the motion to enforce the settlement agreement

but DENIED with respect to the request for sanctions; and it is further

ORDERED that Plaintiff's cross-motion for injunctive relief and for sanctions (Docket Entry No. 22) is DENIED; and it is further

ORDERED that this case is CLOSED.

/s/ Freda L. Wolfson
Freda L. Wolfson, U.S.D.J.
